Exhibit C

After Recording Return To:
UNITED WHOLESALE MORTGAGE, LLC
585 SOUTH BOULEVARD E
PONTIAC, MI 48341
ATTN: POST CLOSING MANAGER

———————————————— [Space Above This Line For Recording Data] ————————————————

MIN: ▮▮▮▮▮▮▮▮▮▮▮      Loan Number: ▮▮▮▮▮▮▮

# ASSIGNMENT OF MORTGAGE

THIS **ASSIGNMENT OF MORTGAGE** ("Assignment"), dated as of    JUNE 8, 2021   ,
is between   UNITED WHOLESALE MORTGAGE, LLC  ,
as assignor ("Lender") and **Mortgage Electronic Registration Systems, Inc.** ("MERS," as hereinafter further
defined) and conveys a certain Mortgage granted by   Joshua Luna, A Single Man, As Sole Ownership

("Borrower")
to Lender dated   JUNE 8, 2021      .

Lender hereby assigns and conveys all of its right, title and interest in the Mortgage to MERS, in its capacity
as Nominee (as hereinafter defined) for Lender. This assignment is for the benefit of Lender, its successors and
assigns, all as more fully defined herein.

MERS authority to act on behalf of Lender, its successors and assigns, is pursuant and subject to the MERS
Rules. Without limiting the foregoing, MERS has the actual authority to act on Lender's behalf with respect to the
matters described herein and the actions described in MERS Rule 2, a copy of a portion of which is attached hereto
as <u>Exhibit A</u>.

## NOTICE

**ANY NOTICE TO THE MORTGAGEE REQUIRED OR PERMITTED TO BE GIVEN UNDER OR
RELATED TO THE MORTGAGE DESCRIBED HEREIN SHOULD BE DIRECTED TO MERS AT THE
ADDRESS PROVIDED BELOW.**

## DEFINITIONS:

As used in this Assignment, the following words have the following meanings. Capitalized terms used in this
Assignment without definition have the meaning set forth in the Mortgage.

"Mortgage" means the mortgage assigned hereunder, namely that certain Mortgage, dated JUNE 8, 2021
from Borrower to Lender and recorded in the ANDROSCOGGIN County, Maine, Registry of Deeds, in
book/volume number 10767, at page number 184 .

MERS Mortgage Assignment (MAINE) - Single Family
Fannie Mae/Freddie Mac Uniform Instrument
Form 3749 8/17 (rev. 10/18)      Page 1 of 5

*DocMagic eForms*
20210610163859-1221336566-ED

"MERS" means Mortgage Electronic Registration Systems, Inc., a Delaware corporation and wholly-owned subsidiary of MERSCORP Holdings, having an address at P.O. Box 2026, Flint, MI, 48501-2026, (tel.) ████████

"MERS Rules" means the MERS System Rules of Membership, to which Lender has assented and by which Lender is bound as a contract.

"MERS System" means the mortgage electronic registry owned and operated by MERSCORP Holdings created under a system of contractual rules by its members, which Lender has joined, that tracks changes in loan servicing and Note ownership rights for registered mortgage loans as reported by MERS System members. By virtue of this Assignment, the Mortgage and Note have become a registered mortgage loan.

"Nominee" means and refers to MERS as agent for Lender and any successors and assigns of Lender who (a) is a transferee or holder of the Note, and (b) is a member of the MERS System ("Covered Successors"). The MERS Rules also provide that any Covered Successor expressly appoints MERS to serve as its agent under the MERS Rules. As Nominee, MERS has all the rights, duties, powers and authorities to act for Lender and any Covered Successors, as granted under the MERS Rules, a copy of a portion of which is attached hereto.

IN WITNESS WHEREOF, Lender has caused this Assignment to be executed and delivered by **Heidi Hirl**, its duly authorized **AVP Final Docs** **8/11/21**, as of the date above first written.

LENDER NAME: <u>UNITED WHOLESALE MORTGAGE, LLC</u>

BY: (Print): Heidi Hirl

Signature: _Heidi Hirl_

MERS Mortgage Assignment (MAINE) - Single Family
Fannie Mae/Freddie Mac Uniform Instrument
Form 3749  8/17 (rev. 10/18)                    Page 2 of 5

DocMagic eForms
20210401083042-1221221176-ED

———————————— [Space Below This Line For Acknowledgment] ————————————

State of __Michigan_____

County of __Oakland_____

    The foregoing instrument was acknowledged before me this __8/11/21_____

                                                               (date)

by __Heidi Hirl AVP Final Docs_____

                 (name of officer or agent, title of officer or agent)

of __UNITED WHOLESALE MORTGAGE, LLC_____

                 (name of corporation acknowledging)

a __Michigan_____ corporation, on behalf of the corporation.

   (state or place of incorporation)

| | |
|---|---|
| Hunter McLaren<br>NOTARY PUBLIC - STATE OF MICHIGAN<br>County of Oakland<br>My Commission Expires  May 22nd, 2027<br>Acting in the County of _Oakland_ | _____<br>(Signature of Person Taking Acknowledgment)<br><br>_____<br>(Title or Rank) |

      (Seal)

_____
(Serial Number, if any)

## EXHIBIT A - COPY OF PORTION OF MERS SYSTEM OF RULES

### RULE 2 - REGISTRATION ON THE MERS® SYSTEM

Section 5. (a) MERS shall act as the Nominee of the Note Owner and the Note Owner's successors and/or assigns, including the Note Holder with respect to each MERS Loan that a Member registers on the MERS® System.

(b) Notwithstanding anything to the contrary in these Rules, and without limiting any authority granted in a mortgage made directly to MERS as Mortgagee as Nominee, with respect to any Mortgage that is subsequently assigned by a Mortgagee of Record and Note Owner to MERS as Nominee:

   (i)   MERS is expressly appointed as agent for: (1) such Mortgagee of Record and such Mortgagee of Record's successors and/or assigns, and their successors and assigns, and (2) the Note Owner and the Note Owner's successors and/or assigns, including the Note Holder, and their successors and assigns, with the power and authority to exercise the rights and duties of such Mortgagee of Record, Note Owner or Note Holder, to:

      (1)   receive any and all notices required or permitted to be given to or received by a mortgagee under a MERS Loan, Mortgage, Security Instrument or applicable law;

      (2)   assign and convey (including recording any assignment) all right, title and interest in the Mortgage, for and on behalf of such Mortgagee of Record, Note Owner, or Note Holder;

      (3)   release, in whole or in part, any property covered by the Mortgage, and to record any such release; and

      (4)   discharge the Mortgage and to record any such discharge.

   (ii)   Any Member who executes and records (or causes to be recorded) an assignment of Mortgage or Security Instrument to MERS as Nominee intends to appoint MERS as its agent to execute and record such documents and instruments as it may deem necessary or proper pursuant to the agency granted herein.

   (iii)   MERS shall have such other and further authority as an agent with respect to a mortgage assigned as described in Section (b) of this Rule as may now or hereafter be provided in these Rules with respect to MERS Loans generally.

   (iv)   As otherwise provided in these Rules, the agency granted under section (b)(i) of this Rule is granted by and for the sole benefit of Members. Upon transfer of any MERS Loan to a person who is not a Member, MERS, acting on behalf of the selling Member, will assign the related Mortgage or Security Instrument in question to such non-member and record such assignment.

(c) In the absence of contrary instructions from the Note Owner, MERSCORP Holdings and MERS may rely on instructions from the Servicer or Subservicer shown on the MERS® System in accordance with these Rules and the Procedures with respect to transfers of legal title of the Note or mortgage, transfers of contractual servicing rights, and releases of any security interests applicable to such mortgage loan. The Note Owner may give instructions that are contrary to those provided by the Servicer and/or the Subservicer that shall supersede all previous instructions by any other Member; provided, however, the Note Owner must deliver such contrary instructions to MERSCORP

Holdings in writing (or electronically in an email at an e-mail address specified by MERSCORP Holdings) and the MERS Entities may each rely on such instructions until receipt of further written instructions from the Note Owner.

(d)  If the Note Owner or Investor is involved in a dispute with their Servicer, Subservicer or Warehouse Lender, the Members involved shall engage in a good faith effort to resolve the dispute between the parties. If unable to do so, the Note Owner/Investor may notify MERSCORP Holdings in writing regarding activity on the disputed MIN(s), and upon providing proof of ownership, may request that MERSCORP Holdings (i) process a transfer transaction, or (ii) correct the registration for the disputed MIN(s).

(e)  Any Member who purchases any right in a MERS Loan shall, by virtue of such purchase, be deemed to have assented to the terms of this Section 5.

TINA M. CHOUINARD, REGISTER
ANDROSCOGGIN COUNTY MAINE E-RECORDED

MERS Mortgage Assignment (MAINE) - Single Family
Fannie Mae/Freddie Mac Uniform Instrument
Form 3749  8/17 (rev. 10/18)                    Page 5 of 5

*DocMagic eForms*
20210401083042-1221221176-ED

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION**, the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE PO BOX 2026, FLINT, MI 48501, (ASSIGNOR),** by these presents does convey, grant, assign, transfer and set over the described Mortgage with all liens, and any rights due or to become due thereon to **UNITED WHOLESALE MORTGAGE, LLC., WHOSE ADDRESS IS C/O 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage is dated 06/08/2021, made by **JOSHUA LUNA, A SINGLE MAN, AS SOLE OWNERSHIP** to **UNITED WHOLESALE MORTGAGE, LLC** and recorded on 06/10/2021 in **Book 10767, Page 184 and Doc # 11900**, in the office of the Recorder of **ANDROSCOGGIN** County, **Maine.**

**IN WITNESS WHEREOF**, this assignment was executed on __2 / 17 /2022 (MM/DD/YYYY).
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE**


**By:** _____
Melissa Denney
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA    COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on __2/17/2022 (MM/DD/YYYY), by Melissa Denney as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.


_____
Karin Chandias
Notary Public - State of FLORIDA
Commission expires: 07/28/2023

KARIN CHANDIAS
Notary Public - State of Florida
Commission # GG 359792
My Comm. Expires Jul 28, 2023
Bonded through National Notary Assn.

**Instrument Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152**
When Recorded Return To: Nationstar Mortgage LLC, C/O Nationwide Title Clearing, LLC 2100 Alt. 19 North, Palm Harbor, FL 34683
NSDA██████████MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
MRCMEMERS  MIN██████████MERS PHON█████████MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  DOCR T152202-12:34:04 [C-1]  FRMME1

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **UNITED WHOLESALE MORTGAGE, LLC, WHOSE ADDRESS IS 585 SOUTH BOULEVARD EAST, PONTIAC, MI 48341, (ASSIGNOR),** by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **CARRINGTON MORTGAGE SERVICES, LLC, WHOSE ADDRESS IS 1600 S. DOUGLASS RD SUITE 110, ANAHEIM, CA 92806 (800)561-4567, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage is dated 06/08/2021, made by **JOSHUA LUNA** to **UNITED WHOLESALE MORTGAGE, LLC** and recorded on 06/10/2021 in **Book 10767 and Page 184**, in the office of the Recorder of **ANDROSCOGGIN** County, **Maine**.

**IN WITNESS WHEREOF,** this assignment was executed on **MAY / 31 / 2022** (MM/DD/YYYY).
**UNITED WHOLESALE MORTGAGE, LLC**

By: _____
Stephanie Ryan
Vice President

STATE OF **Michigan** COUNTY OF **Oakland**
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on **MAY / 31 / 2022** (MM/DD/YYYY), by **Stephanie Ryan** as **Vice President** of UNITED WHOLESALE MORTGAGE, LLC, who, as such **Vice President** being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

R. Wallace
Notary Public - State of **Michigan**
Commission expires: 05/28/2027

R Wallace
Notary Public of Michigan
Oakland County
Expires 05/28/2027
Acting in the County of Oakland

**Instrument Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152**
When Recorded Return To: Carrington Mortgage Services, C/O Nationwide Title Clearing, LLC 2100 Alt. 19 North, Palm Harbor, FL 34683
CMS02          PRE-FORECLOSURE    T272205-01:10:45 [C-1] FRMME1